# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2016

151697 (14)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAMAL LATAZ KING,
      Defendant-Appellant.

SC: 151697
COA: 325695
Wayne CC: 03-009642-FC

_____/

On order of the Court, the motion for reconsideration of this Court's March 29, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2016

Clerk

t0829